**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| STUART B. DEMBER | : | |
| 65 Elm Ridge Road | : | |
| Princeton, NJ 08540 | : | |
| | : | CIVIL ACTION |
| v. | : | NO.: |
| | : | |
| WRIGHT NATIONAL FLOOD INSURANCE | : | COMPLAINT |
| COMPANY | : | |
| 801 94th Avenue North, Suite 110 | : | |
| St. Petersburg, FL 33702 | : | |

**CIVIL ACTION COMPLAINT**

**I.   PARTIES**

1.   Plaintiff, Stuart B. Dember, is an adult individual residing at the address as set forth above.

2.   Defendant, Wright National Flood Insurance Company, is a corporation duly organized and existing which is licensed to issue policies of flood insurance pursuant to the National Flood Insurance Act of 1968, 42 U.S.C. §4001 et seq. and which did issue a flood policy, policy number 29115139433205, covering Plaintiff's premises located at 65 Elm Ridge Road, Princeton, NJ 08540.  Plaintiff is not in possession of the entire policy and it is alleged that said policy is in the possession of Defendant.

3.   At all times material hereto, Defendant was acting either individually or through its duly authorized agents, servants, workmen or employees who were acting within the course and scope of their employment and on the business of said employer.

**II.   JURISDICTION**

4.   Original exclusive jurisdiction is conferred upon this Court pursuant to the National Flood Insurance Act of 1968, 42 U.S.C. §4001 et seq.

### III.     CAUSE OF ACTION AND DAMAGES

5.     On or about September 1, 2021, while the aforementioned flood policy of insurance was in full force and effect, Plaintiff suffered sudden and accidental direct physical losses by flood resulting in serious damage to Plaintiff's real and/or personal property.

6.     Notice of Plaintiff's covered loss was given to Defendant in a timely manner and Plaintiff has done and otherwise performed all things required of Plaintiff under the policy of insurance issued by Defendant.

7.     Defendant, despite demand for benefits under its policy of insurance has failed and refused to pay to Plaintiff those benefits due and owing under said policy of insurance.

8.     Defendant has breached its contractual obligation to pay benefits to Plaintiff for a loss covered under Defendant's policy of insurance.

9.     Solely as a result of Defendant's failure and refusal to pay benefits to Plaintiff as required under the aforementioned policy of insurance, Plaintiff has suffered loss and damage in an amount in excess of $75,000.00.

WHEREFORE, Plaintiff demands judgment against Defendant in an amount in excess of $75,000.00 pursuant to 28 U.S.C. § 2412 and such other remedies as seen fit by this Court.

ZENSTEIN KOVALSKY BUCKALEW, LLC

BY: _____
LISA A. BUCKALEW, ESQUIRE
1240 Old York Road, Suite 101
Warminster, PA 18974
Attorney ID # 021231996
Phone: 215-230-0800
Email: lbuckalew@zensteinlaw.com
*Attorney for Plaintiff*

Date: December 16, 2022

Case 1:22-cv-07342-ESK-EAP   Document 1   Filed 12/16/22   Page 3 of 3 PageID: 3